UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROLLS-ROYCE CORPORATION,  )<br>      Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>H.E.R.O.S., INC., HEROS KAJBEROUNI,  )<br>and HYE-TECH MANUFACTURING,  )<br>LLC,  )<br>      Defendants.  ) | 1:04-CV-0968-SEB-JMS |

## JUDGMENT

Pursuant to the Court's entry of this date, it is now adjudged that this cause of action be, and the same is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.  IT IS SO ORDERED.

Date:  03/30/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Rebecca Biller Elmore
KRIEG DEVAULT
relmore@kdlegal.com

Max W. Hittle Jr.
KRIEG DEVAULT, LLP
mhittle@kdlegal.com

Jeremy Byan Johnson
WOODEN & MCLAUGHLIN LLP
dking@woodmaclaw.com

Douglas B. King
WOODEN & MCLAUGHLIN LLP
dking@woodmaclaw.com

Edward A. McConwell Sr.
ed@mcconwell.com

Marc T. Quigley
KRIEG DEVAULT
mquigley@kdlegal.com

Mark Riera
SHEPPARD MULLIN et al.
333 South Hope Street
48th Floor
Los Angeles, CA 90071

Alastair J. Warr
KRIEG DEVAULT
awarr@kdlegal.com

Jill E. Zengler
UNITED STATES ATTORNEY'S OFFICE
jill.zengler@usdoj.gov